UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 8:08-cr-309-T-23EAJ

ARIEL QUINTANA
_____/

**ORDER**

The defendant moves to suppress (Doc. 15, 32),[*] and the United States opposes the motion (Doc. 21). Pursuant to an order of referral, United States Magistrate Judge Elizabeth A. Jenkins conducted an evidentiary hearing and issued her report (Doc. 42) recommending granting the motion for leave to amend (Doc. 31), denying as moot the first amended motion to suppress (Doc. 15), and granting the second amended motion to suppress (Doc. 32). The defendant's motion for rehearing (Doc. 48) was denied (Doc. 58), and the defendant objected (Doc. 59) to certain legal conclusions in the report and recommendation.

The magistrate judge's report and recommendation (Doc. 42) is **ADOPTED.** The motion to amend (Doc. 31) is **GRANTED**, and the first amended motion to suppress (Doc. 15) is **DENIED AS MOOT**. The second amended motion to suppress (Doc. 32) is **GRANTED**. The evidence arising from the search of defendant's residence is **SUPPRESSED**. The defendant's objections to the report and recommendation (Doc. 59) are **OVERRULED.**

ORDERED in Tampa, Florida, on January 20, 2009.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[*] The defendant filed his second amended motion to suppress (Doc. 32) before the court considered the motion to amend (Doc. 31).